# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

GILBER ANDRES PENA,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03819-RFB-BNW

**ORDER TO SHOW CAUSE**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 4), it has come to the Court's attention that Petitioner, Gilber Andres Pena, has another habeas proceeding pending in this District: Gilber Andres Pena v. Mattos, No. 2:26-CV-01504-GMN-MDC.

Accordingly, **IT IS HEREBY ORDERED** that, on or before December 1, 2026, Petitioner, with the assistance of counsel, must show cause why this case should not be dismissed without prejudice as duplicative of Petitioner's other pending habeas proceedings. See Gilber Andres Pena v. Mattos, No. 2:26-CV-01504-GMN-MDC.

Alternatively, on or before December 1, 2026, Petitioner, with the assistance of counsel, may file the appropriate document under Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action without prejudice to proceed in their pending habeas proceedings.

**DATED:** November 19, 2026.

/s/ Richard F. Boulware, II

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**